UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HECTOR MARTIN PRIETO,
Plaintiff,
v.
STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,
Defendants.

Case No. 2:25-cv-06183-SVW-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that:

(1) Plaintiff's improper surreply (ECF 23) is stricken;

(2) CDCR's motion to dismiss (ECF 19) is granted; and

(3) CDCR is dismissed with prejudice and without leave to amend.

DATED: July 27, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE